IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

YOMARIE  PAGAN GONZALEZ

XXX-XX-3346

                            Debtor(s)

CASE NO.  09-00973 ESL

Chapter 13


FILED & ENTERED ON 07/21/2010


**ORDER DISMISSING CASE**

       Upon the trustee's motion for dismissal of the above captioned case (docket entry #69), and the debtor(s) having failed to timely reply to said motion, it is now

       ORDERED that this case be and hereby is dismissed; and it is further

       ORDERED that the Clerk shall dismiss and close any contested matter or adversary proceeding related to the instant case.

       IT IS SO ORDERED.

       San Juan, Puerto Rico, this 21 day of July, 2010 .


                                    Enrique S. Lamoutte Inclan
                                    U. S. Bankruptcy Judge

CC:   All creditors